**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBRA L. WARD, on behalf of herself and all others similarly situated, | ) ) ) | CASE NO.  1:22-cv-01576-CEF |
| Plaintiff, | ) ) ) | **DEFENDANT CNB BANK'S UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** |
| vs. | ) ) | |
| CNB BANK, | ) ) | |
| Defendant. | ) | |

Defendant CNB Bank submits this Unopposed Motion to Extend the Responsive Pleading Deadline to January 18, 2023, and as good cause in support, states as follows.

On September 7, 2022, Plaintiff filed her Complaint against CNB Bank. (Doc. 1.) On September 12, 2022, Plaintiff served CNB Bank with a copy of the Summons and Complaint. (Doc. 4.) Shortly after service of the Complaint, Plaintiff and CNB Bank engaged in ongoing discussions regarding the case and underlying facts, including early preliminary resolution discussions and a dialogue regarding whether the Complaint met subject matter jurisdiction requirements.  CNB was advised that Plaintiff would be amending the Complaint, and CNB's outside counsel agreed to accept service of an amended complaint.

On September 27, 2022, Plaintiff filed an Amended Complaint. (Doc. 6.)  The Amended Complaint was served on CNB's outside counsel on October 5, 2022.  The parties have continued their discussions regarding the case and potential for preliminary resolution.  As part of these discussions, CNB Bank and Plaintiff agreed to obtaining an extension until January 18, 2023, in which to file a responsive pleading, and Plaintiff does not oppose this request.

Accordingly, CNB Bank respectfully requests that it be granted an extension of time, up to and including January 18, 2023, in which to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

Dated: January 6, 2023                      Respectfully submitted,

                                       */s/ David M. Krueger*
                                       David M. Krueger (OH 0085072)
                                       **BENESCH, FRIEDLANDER, COPLAN &**
                                          **ARONOFF LLP**
                                       200 Public Square, Suite 2300
                                       Cleveland, Ohio 44114
                                       Telephone:  (216) 363-4646
                                       Facsimile:  (216) 363-4588
                                       Email:  dkrueger@beneschlaw.com

                                       *Attorneys for Defendant CNB Bank*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on this 6th day of January, 2023 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System.  Parties may access this filing through the Court's Filing System.


*/s/ David M. Krueger*